IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA HARRIS                                                                                          PLAINTIFF

v.                                            NO. 3:07CV00071 JLH

AMERICAN GREETINGS CORPORATION                                              DEFENDANT

## ORDER

Paul D. Waddell of the law firm of Barrett & Deacon, counsel of record for defendant, has filed a motion for admission *pro hac vice* of Jonathan S. Forman. The motion is GRANTED. Document #29. Mr. Forman is hereby admitted to appear before this Court *pro hac vice* as co-counsel for defendant in this action.

IT IS SO ORDERED this 11th day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE