**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ANGELA HARRIS                                                                                         PLAINTIFF

v.                                              No. 3:07CV00071 JLH

AMERICAN GREETINGS CORPORATION                                                   DEFENDANT

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of American Greetings Corporation on the claims of Angela Harris. The complaint of Angela Harris is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of September, 2009.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE